■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNEDY GUERRERO, Appellant. [595 NYS2d 680] —Judgment, Supreme Court, Bronx County (Bernard H. Jackson, J.), rendered July 10, 1989, convicting defendant, after a jury trial, of assault in the first degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, to run concurrently with a sentence imposed on an unrelated Federal conviction, unanimously affirmed.

We note that the People presented overwhelming evidence

of defendant's guilt of the crime charged, and that defendant failed to preserve his claims of error regarding the admission of evidence of a prior altercation between himself and the complainant by appropriate and timely objection (CPL 470.05; *People v Quinones,* 166 AD2d 330, *lv denied* 77 NY2d 881). Additionally, defendant's affirmative use of the incident in an attempt to buttress his justification defense renders unwarranted a review in the interest of justice *(People v Acosta,* 180 AD2d 505, 509-510, *lv denied* 80 NY2d 827). Concur—Sullivan, J. P., Milonas, Asch and Rubin, JJ.